FILED

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

2018 JAN 10 P 4: 38

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| RUSSELL BRAMMER | ) |
| | ) |
| V. | ) Civil Action No. 1:17-cv-1009 |
| | ) |
| <u>Violent Hues Productions, LLC</u> | ) |

### DEFENDANT VIOLENT HUES PRODUCTIONS LLC'S, MOTION TO CONTINUE

Defendant Violent Hues Productions, LLC ("Defendant"), *pro se* moves to Continue this case and suspend deadlines for 30 days to retain a licensed attorney for representation per the court's instruction. I have spoken to the legal firm of Blank Rome on December 28, 2017 and The Washington Area Lawyers for the Arts on January 09, 2018 to retain pro bono services. I am awaiting their response.

DATED: January 10, 2018

Respectfully submitted,

VIOLENT HUES PRODUCTIONS, LLC

Pro Se

*[signature]*

Fernando Mico
Owner, Violent Hues Productions, LLC
5810 Kingstowne Center Drive, Suite 120
Alexandria, Virginia 22315
(703) 623-6065

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2018, a true and correct copy of the foregoing was filed by hand with the clerk of this Court.

I also hereby certify that, on the same day, a true and correct copy of the foregoing was served by U.S. Mail upon

        David C. Deal
        The Law Offices of David C. Deal
        P.O. Box. No 1042
        Crozet, Virginia 22932

        _/s/ Fernando Mico_

        Fernando Mico
        Owner, Violent Hues Productions, LLC
        5810 Kingstowne Center Drive, Suite 120
        Alexandria, Virginia 22315
        (703) 623-6065

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRIGINIA
~~ALEXANDRIA~~ DIVISION

RUSSELL BRAMMER
_____
Plaintiff(s),

v.

VIOLENT HUES PROD LLC
_____
Defendant(s).

Civil Action Number: 1:17-CV-1009

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of _____.
(Title of Document)

_____
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of MOTION TO CONTINUE
(Title of Document)

BOB REDMOND
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

FERNANDO A. MICO
(Name of *Pro Se* Party (Print or Type))

[signature]
Signature of *Pro Se* Party

Executed on: 01/10/18 (Date)