STATE OF OREGON
COUNTY OF BENTON

<u>AFFIDAVIT OF RUSSELL BRAMMER</u>

BEFORE ME, the undersigned authority, on this day personally appeared RUSSELL BRAMMER, known to me to be a credible person, who, after being first duly sworn on oath, deposes and states as follows:

1. I am over the age of eighteen (18) years, and am fully competent to give testimony. I have personal knowledge that the following statements and facts are true and correct.

2. I am currently employed as a free-lance photographer, as well an office administrator at a dental laboratory.

3. In January 2017, I moved to Corvallis, Oregon.

4. Prior to moving to Corvallis, Oregon, I lived for four (4) years in Columbia, Maryland.

5. I have reviewed the Amended Notice of Videotaped Deposition of Russell Brammer delivered by Violent Hues Productions to my counsel, David C. Deal, concerning Case Number 1:17-cv-01009, *Russell Brammer v. Violent Hues Productions, LLC.*

6. If I am forced to appear for the deposition in Alexandria, Virginia, the financial cost of such an appearance would be extremely high.

7. I would lose a minimum of two days of income.

8. Based on my preliminary investigations, A round-trip plane ticket between Corvallis, Oregon and Washington, D.C., a hotel in Alexandria, Virginia for 1-2 nights, and a rental car would cost between $2,000.00-3,000.00.

Dated: March 13, 2018

RUSSELL BRAMMER

SUBSCRIBED AND SWORN to me on this 13th day of March, 2018, by RUSSELL BRAMMER, Affiant.

OFFICIAL STAMP
SEAN PATRICK CHARLTON
NOTARY PUBLIC-OREGON
COMMISSION NO. 950005
MY COMMISSION EXPIRES APRIL 28, 2020

Notary Public, State of Oregon