# EXHIBIT 6

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| RUSSELL BRAMMER, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) Civil Action No.: 1:17-cv-01009-CMH-IDD |
| VIOLENT HUES PRODUCTIONS, LLC, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

**AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF RUSSELL BRAMMER**

TO:     ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30 and Rule 16(B) Scheduling Order (ECF No. 29), Defendant Violent Hues Productions, LLC will take the videotaped deposition upon oral examination of Russell Brammer.  The deposition will commence on April 4, 2018, at 9:00 AM EST, at the office of Craig C. Reilly, Esq, 111 Oronoco Street, Alexandria, Virginia 22314.  The deposition will be taken for discovery, cross-examination, and all other purposes permitted by the Federal Rules of Civil Procedure before an authorized court reporter and videographer.

The attorney point of contact for the noticing party is Tom Weir, of the law firm Kirkland & Ellis LLP, 655 15th Street, N.W., Washington, DC 20005, telephone:  (202) 879-5952, email: tom.weir@kirkland.com.

Dated: March 7, 2018

Respectfully submitted,

/s/ Paul J. Weeks
Judson D. Brown (admitted *pro hac vice*)
Thomas P. Weir (admitted *pro hac vice*)
Paul J. Weeks (VA Bar No.: 89656)
KIRKLAND & ELLIS LLP
655 Fifteenth Street NW
Washington, D.C. 20005
Telephone:  (202) 879-5000

*Counsel for Defendant Violent Hues
Productions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2018, I electronically served the foregoing Notice of

Videotaped Deposition on all counsel of record.

/s/ Paul J. Weeks
Judson D. Brown (admitted *pro hac vice*)
Thomas P. Weir (admitted *pro hac vice*)
Paul J. Weeks (VA Bar No.: 89656)
KIRKLAND & ELLIS LLP
655 Fifteenth Street NW
Washington, D.C. 20005
Telephone:  (202) 879-5000