IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| RUSSELL BRAMMER, | |
| Plaintiff, | |
| v. | Civil Action No.: 1:17-CV-1009 |
| VIOLENT HUES PRODUCTIONS, LLC, | |
| Defendant. | |

**PLAINTIFF'S RULE 26(A)(3) PRETRIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(3) and the Pretrial Conference Order entered December 1, 2017 (ECF No. 15), Plaintiff Russell Brammer hereby makes the following disclosures:

1. **RULE 26(A)(3)(i): IDENTIFICATION OF WITNESSES**

    a. <u>Witnesses Plaintiff Expects to Present</u>

    Plaintiff may call the following witnesses at trial:

    i. Russell Brammer

    ii. Fernando Mico

    b. <u>Witnesses Plaintiff May Call if the Need Arises</u>

    Plaintiff expects to call the following witnesses at trial:

    i. Any and all witnesses identified by Defendant.

    ii. Any and all witnesses called by Defendant.

    iii. Any impeachment and rebuttal witnesses as necessary.

    iv. Any custodian of records necessary to authenticate documents.

2. **RULE 26(A)(3)(A)(iii): IDENTIFICATION OF EXHIBITS**

   Plaintiff expects to offer or utilize the exhibits and/or documents identified in the accompanying **Exhibit 1**.

Dated:  April 19, 2018                                   Respectfully submitted,

                                                         **RUSSELL BRAMMER**

                                                         By:  */s/ David C. Deal*
                                                         David. C. Deal (VSB No. 86005)
                                                         The Law Office of David C. Deal PLC
                                                         PO Box 1042
                                                         Crozet, VA 22932
                                                         Telephone: 434-233-2727
                                                         Fax: 888-965-8083
                                                         david@daviddeal.com
                                                         *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2018, I filed a copy of the foregoing with the Clerk of the Court via CM/ECF, which will send a notice of electronic filing to all registered users listed below:

Thomas P. Weir
KIRKLAND & ELLIS LLP
655 Fifteenth Street NW
Washington, D.C. 20005
Telephone: (202) 879-5000
*Counsel for Defendant*

By: /s/ David C. Deal
David. C. Deal (VSB No. 86005)
The Law Office of David C. Deal PLC
PO Box 1042
Crozet, VA 22932
Telephone: 434-233-2727
Fax: 888-965-8083
david@daviddeal.com
*Counsel for Plaintiff*