## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| RUSSELL BRAMMER, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.: 1:17-cv-01009-CMH-IDD |
| VIOLENT HUES PRODUCTIONS, LLC, ) | |
| Defendant. ) | |

## JOINT STIPULATION OF UNDISPUTED FACTS

Pursuant to the Court's December 1, 2017 Order [ECF No. 15] and the Parties' Joint Discovery Plan [ECF No. 28], Plaintiff Russell Brammer and Defendant Violent Hues Productions, LLC, by and through undersigned counsel, submit the following Joint Stipulation of Undisputed Facts.

**JSUF 1.** Plaintiff created the photograph entitled "Adams Morgan at Night" ("the Photo") on November 19, 2011.

**JSUF 2.** Plaintiff published the Photo to his personal website (www.russellbrammer.com) in 2012.

**JSUF 3.** Plaintiff published the Photo to his personal "Flickr" webpage (www.flickr.com/photos/rbrammer/) on December 10, 2012.

**JSUF 4.** Plaintiff uploaded the Photo to his personal "Smugmug" webpage (russellbrammer.smugmug.com) and to his personal Facebook page.

**JSUF 5.** Plaintiff's Smugmug webpage contains no indication that the Photo is copyrighted.

**JSUF 6.** Plaintiff alleges that the copyright infringement at issue in this matter began on or about September 1, 2016.

**JSUF 7.**   Plaintiff filed a copyright registration application for the Photo on September 30, 2016.

**JSUF 8.**   Plaintiff filed the copyright registration application for the Photo after the infringement alleged in this matter began.

**JSUF 9.**   The U.S. Copyright Office Certificate of Registration number VA 2-056-245 was made within five years of first publication of the Photo.

Dated: April 19, 2018　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Paul J. Weeks
　　　　　　　　　　　　　　　　　　　　Judson D. Brown (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Thomas P. Weir (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Paul J. Weeks (VA Bar No.: 89656)
　　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　　655 Fifteenth Street NW
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　Telephone:  (202) 879-5000

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Violent Hues Productions, LLC*

　　　　　　　　　　　　　　　　　　　　/s/ David C. Deal
　　　　　　　　　　　　　　　　　　　　David C. Deal (VA Bar No.: 86005)
　　　　　　　　　　　　　　　　　　　　The Law Office of David C. Deal, P.L.C.
　　　　　　　　　　　　　　　　　　　　P.O. Box 1042
　　　　　　　　　　　　　　　　　　　　Crozet, VA 22932
　　　　　　　　　　　　　　　　　　　　434-233-2727, Telephone
　　　　　　　　　　　　　　　　　　　　888-965-8083, Facsimile

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Russell Brammer*