UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| RUSSELL BRAMMER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 1:17-cv-01009-CMH-IDD |
| VIOLENT HUES PRODUCTIONS, LLC, | ) |
| Defendant. | ) |

**DEFENDANT VIOLENT HUES PRODUCTIONS, LLC'S
EXHIBIT LIST**

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(iii) and the schedule established in the Court's December 1, 2017 Order [ECF No. 15], Violent Hues Productions, LLC ("Violent Hues") designates the documents and exhibits on Exhibit 1 as those it expects to offer at trial or may offer if the need arises.

In addition to the documents and exhibits specifically identified on Exhibit 1, Violent Hues reserves the right to offer or otherwise use at trial: (i) documents or exhibits identified on Plaintiff's exhibit list; (ii) pleadings filed by either party in this matter; (iii) documents and exhibits to be used solely for impeachment; (iv) additional exhibits reasonably necessary to respond to issues presented during Plaintiff's case-in-chief; and (v) charts, graphs, timelines, enlargements, models, or other demonstrative exhibits. By listing an exhibit on this list, Violent Hues does not concede that any particular exhibit is admissible if offered by Plaintiff, or that it is admissible for all purposes. Violent Hues reserves the right to amend or supplement its exhibit list as authorized or permitted by the Federal or Local Rules, Court Order, or as agreed by the parties.

Dated: April 19, 2018                     Respectfully submitted,

/s/ Paul J. Weeks
Judson D. Brown (*pro hac vice*)
Thomas P. Weir (*pro hac vice*)
Paul J. Weeks (VA Bar No.: 89656)
KIRKLAND & ELLIS LLP
655 Fifteenth Street NW
Washington, D.C. 20005
Telephone:  (202) 879-5000

*Counsel for Defendant Violent Hues Productions, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 19, 2018, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system, with electronic notification of such filing to all counsel of record.

      /s/ Paul J. Weeks
      Paul J. Weeks (VA Bar No.: 89656)
      KIRKLAND & ELLIS LLP
      655 Fifteenth Street NW
      Washington, D.C. 20005
      Telephone:  (202) 879-5000