**Exhibit 1**

| DX | Date | Description | Bates |
|---|---|---|---|
| DX 01 | 11/19/2011 | Adams Morgan at Night, flickr | |
| DX 02 | 12/10/2012 | December 10, 2012 flickr uploads to rbrammer | RB_008 |
| DX 03 | 12/10/2012 | December 10, 2012 flickr uploads to rbrammer with detail | |
| DX 04 | 9/10/2017 | Complaint for Copyright Infringement [ECF No. 1] | |
| DX 05 | 3/12/2018 | Plaintiff's Supplemental Response to Defendant Violent Hues Productions, LLC's First and Second Request for Production of Documents to Plaintiff | |
| DX 06 | 3/12/2018 | Plaintiff's Response to Defendant Violent Hues Productions, LLC's First and Second Set of Interrogatories | |
| DX 07 | 3/6/2013 | Email chain D. Seis and R. Brammer re Request to publish your work in the Washington Post Magazine | RB_028 |
| DX 08 | 4/9/2015 | Email chain K. Kassab and R. Brammer re Photo of Adams Morgan at night | RB_024 |
| DX 09 | 4/10/2015 | Email chain R. Brammer and K. Kassab re Adams Morgan photo | RB_017 |
| DX 10 | 4/4/2016 | Email chain R. Brammer and S. Haas re copyright | RB_021 |
| DX 16 | 10/25/2016 | Email chain R. Brammer and H. Goss re terms of contract? | RB_026 |
| DX 17 | 10/26/2016 | Email chain Pixsy Resolution Team and R. Brammer re Submission Received! (001-021539) | RB_053 |
| DX 18 | 11/7/2016 | Email chain Pixsy Resolution Team and R. Brammer re Submission Update: Referred to Legal (001-021539) | RB_054 |
| DX 19 | 2/6/2017 | Email chain Pixsy Resolution Team and R. Brammer re Submission Update: With Our Legal Partner for Review (001-021539) | RB_056 |
| DX 20 | 4/2/2018 | PIXSY Super Hero Resolution / Licensing Program Agreement | |
| DX 21 | 2/7/2017 | Letter D. Deal to Violent Hues Productions, F. Mico re Infringement of photographic Copyright by Violent Hues Productions | RB_052 |
| DX 22 | 7/13/2017 | Email chain Pixsy Resolution Team and R. Brammer re Submission Update: Lawsuit Recommended (001-021539) | RB_062 |
| DX 23 | 9/8/2017 | Email chain Pixsy Case Management and R. Brammer re Submission Update: Lawsuit Recommended (001-021539) | RB_063 |
| DX 24 | 9/30/2016 | US Copyright Office, Certificate of Registration for Adams Morgan at Night | RB_005 |
| DX 25 | 10/29/2017 | Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint [ECF No. 7] | |

| DX | Date | Description | Bates |
|---|---|---|---|
| DX 26 | 3/12/2018 | Plaintiff's Supplemental Response to Defendant Violent Hues Productions, LLC's First and Second Set of Interrogatories | |
| DX 27 | 4/3/2018 | Russell Brammer Photography, Adams Morgan at Night russellbrammer.com | |
| DX 28 | 4/3/2018 | Russell Brammer Photography, Photos, russellbrammer.smugmug.com | |