**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| RUSSELL BRAMMER, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> VIOLENT HUES PRODUCTIONS, LLC, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: 1:17-cv-01009-CMH-IDD |

**DEFENDANT VIOLENT HUES PRODUCTIONS, LLC'S
WITNESS LIST**

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(i) and the schedule established in the Court's December 1, 2017 Order [ECF No. 15], Violent Hues Productions, LLC ("Violent Hues") submits the following list of witnesses for use at trial of this case.

    **A.**     **Violent Hues expects to present testimony of the following witness:**

        1.     Fernando Mico

    **B.**     **If the need arises, Violent Hues may present testimony of the following witnesses:**

        1.     Russell Brammer

        2.     Any individual listed by Plaintiff

Violent Hues reserves the right to call any witness listed by Plaintiff, and also reserves the right to call additional witnesses for purposes of impeachment or rebuttal, or for good cause shown.

Dated: April 19, 2018

Respectfully submitted,

/s/ Paul J. Weeks
Judson D. Brown (*pro hac vice*)
Thomas P. Weir (*pro hac vice*)
Paul J. Weeks (VA Bar No.: 89656)
KIRKLAND & ELLIS LLP
655 Fifteenth Street NW
Washington, D.C. 20005
Telephone: (202) 879-5000

*Counsel for Defendant Violent Hues Productions, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 19, 2018, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system, with electronic notification of such filing to all counsel of record.

/s/ Paul J. Weeks
Paul J. Weeks (VA Bar No.: 89656)
KIRKLAND & ELLIS LLP
655 Fifteenth Street NW
Washington, D.C. 20005
Telephone: (202) 879-5000