**Exhibit 1**

| Exhibit | Date | Description | Objections |
|---|---|---|---|
| PX-1 | 9/30/2016 | U.S. Copyright Office Certificate of Registration VA 2-056-245 | |
| PX-2 | 11/17/2016 | Screen capture of www.novafilmfest.com/plan-your-visit (11/17/2016) | |
| PX-3 | 4/7/2016 | Russell Brammer invoice to Bernstein management | FRE 408; MIL |
| PX-4 | | "Adams Morgan at Night" photograph | |
| PX-5 | 11/19/2011 | Russell Brammer Flickr URL displaying "Adams Morgan at Night." | Authenticity |
| PX-6 | 12/21/2011 | Defendant's Answer (ECF 20) | |
| PX-7 | 10/24/2011 | Defendant's Memorandum in Support of its Motion to Dismiss (ECF 6) | Incomplete |