# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| RUSSELL BRAMMER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 1:17-cv-01009-CMH-IDD |
| VIOLENT HUES PRODUCTIONS, LLC, | ) |
| Defendant. | ) |

## VIOLENT HUES PRODUCTION, LLC'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Violent Hues Productions, LLC moves for summary judgment on the claims asserted in Plaintiff's Complaint [ECF No. 1]. The grounds and reasons for granting this relief are stated with particularity in the accompanying memorandum in support. A proposed order is submitted herewith.

Dated: May 4, 2018  Respectfully submitted,

/s/ Paul J. Weeks
Judson D. Brown (*pro hac vice*)
Thomas P. Weir (*pro hac vice*)
Paul J. Weeks (VA Bar No.: 89656)
KIRKLAND & ELLIS LLP
655 Fifteenth Street NW
Washington, D.C. 20005
Telephone: (202) 879-5000

*Counsel for Defendant Violent Hues Productions, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 4, 2018, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system, with electronic notification of such filing to all counsel of record.

                              /s/ Paul J. Weeks  
                              Paul J. Weeks (VA Bar No.: 89656)  
                              KIRKLAND & ELLIS LLP  
                              655 Fifteenth Street NW  
                              Washington, D.C. 20005  
                              Telephone:  (202) 879-5000