UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RUSSELL BRAMMER, )<br>)<br>             Plaintiff, )<br>)<br>      v. )<br>) Civil Action No.: 1:17-cv-01009-CMH-IDD<br>VIOLENT HUES PRODUCTIONS, LLC, )<br>)<br>             Defendant. )<br>) | |

**DECLARATION OF PAUL J. WEEKS IN SUPPORT OF
VIOLENT HUES PRODUCTIONS, LLC MOTION FOR SUMMARY JUDGMENT**

I, Paul J. Weeks declare:

1.     I am over 21 years of age and otherwise competent to make this declaration. I am a member of the bar of the Court and counsel of record for Defendant.

2.     I attest that the exhibits attached hereto and listed below are true and accurate copies of:

| Ex. | Date | Description |
|---|---|---|
| 1 | 11/19/2011 | DX-1: Adams Morgan at Night, flickr |
| 2 | 3/12/2018 | DX-26: Plaintiff's Supplemental Response to Defendant Violent Hues Productions, LLC's First and Second Set of Interrogatories |
| 3 | 12/10/2012 | DX-2: December 10, 2012 flickr uploads to rbrammer |
| 4 | 4/4/2018 | Russell Brammer deposition |
| 5 | 7/13/2017 | DX-22: Email chain Pixsy Resolution Team and R. Brammer re Submission Update: Lawsuit Recommended (001-021539) |
| 6 | 3/12/2018 | DX-6: Plaintiff's Response to Defendant Violent Hues Productions, LLC's First and Second Set of Interrogatories |
| 7 | 5/3/2018 | Affidavit of Fernando A. Mico |
| 8 | 3/30/2018 | Violent Hues Productions, LLC's Responses to Plaintiff's First Set of Interrogatories |
| 9 | 11/17/2016 | PX-2: Screen capture of www.novafilmfest.com/plan-your-visit |
| 10 | 2/7/2017 | DX-21: Letter D. Deal to Violent Hues Productions, F. Mico re Infringement of photographic Copyright by Violent Hues Productions |
| 11 | 4/7/2018 | PX-3: Russell Brammer invoice to Bernstein management |

| Ex. | Date | Description |
| --- | --- | --- |
| 12 | 4/4/2016 | DX-10: Email chain R. Brammer and S. Haas re copyright |

3. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 4th day of May, 2017

_____
Paul J. Weeks

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 4, 2018, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system, with electronic notification of such filing to all counsel of record.

/s/ Paul J. Weeks
Paul J. Weeks (VA Bar No.: 89656)
KIRKLAND & ELLIS LLP
655 Fifteenth Street NW
Washington, D.C. 20005
Telephone: (202) 879-5000