# EXHIBIT 7

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| RUSSELL BRAMMER,        )<br>                                          )<br>            Plaintiff,         )<br>    v.                                  )<br>                                          )  Civil Action No.: 1:17-cv-01009-CMH-IDD<br>VIOLENT HUES PRODUCTIONS, LLC,  )<br>                                          )<br>            Defendant.      )<br>                                          ) | |

**AFFIDAVIT OF FERNANDO A. MICO**

I, Fernando A. Mico, declare, depose and state as follows:

1. I am the sole owner and proprietor of Violent Hues Productions, LLC ("Violent Hues"), the Defendant in the above-captioned litigation.

2. I am over eighteen years of age and have personal knowledge of the matters asserted herein. If called as a witness, I could and would testify competently as to their truth.

3. Violent Hues organizes and runs the annual Northern Virginia Film Festival.

4. In conjunction with the Northern Virginia Film Festival, I created the www.novafilmfest.com/plan-your-visit website (the "Website") in 2014.

5. I continue to maintain and update the Website to this day.

6. I posted the photograph "Adams Morgan at Night" (the "Photo") on the Website in 2016. I found the Photo through a Google Images search, which led me to the website Flickr.

7. When I found the Photo, I saw no indication on the Photo itself or the Flickr website that the Photo was copyrighted, and I believed I was making use of a publicly available photograph.

8. I altered the Photo for stylistic reasons prior to posting it on the Website.

9. The purpose of the Website was as a reference guide for festival attendees and participants to use while visiting the Northern Virginia/Washington D.C. region during the festival.

10. In 2016, the Website provided information to attendees of the Northern Virginia Film Festival regarding lodging, transportation, and things to do in the Northern Virginia/Washington, D.C. region.

11. I included a copyright symbol and the phrase "All Rights Reserved" at the bottom of the Website to claim copyright protection over the portions of the Website that I created, including the design and layout of the Website.

12. By including the copyright symbol and "All Rights Reserved" footer on the Website, I did not intend to claim or imply that I held a copyright over the Photo.

13. I first learned that the Photo may have been copyrighted when I received a demand letter from Plaintiff's counsel on February 7, 2017.

14. Immediately after receiving that letter I removed the Photo from the Website.

15. Violent Hues never charged the public for access to the Website.

16. Violent Hues has never had any paid advertising on the Website.

17. Violent Hues did not intend to generate, and has never generated any revenue from the Website.

18. Violent Hues has never sold or offered to sell any copies or derivative copies of the Photo.


I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Dated: May 03, 2018

_____
Fernando A. Mico

Commonwealth of Virginia, City/County of Fairfax

The foregoing instrument was subscribed and sworn before me this 3 day of May, 2018, by Fernando A. Mico

Notary Signature: _____

Registration # 7766879

Expires 10/31/2022

KEIANNO JAYLEN CASTEAL
Notary Public
Commonwealth of Virginia
My Commission Expires October 31, 2022
Registration: 7766879