**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| RUSSELL BRAMMER, ) </br> ) </br> Plaintiff, ) </br> v. ) </br> ) </br> VIOLENT HUES PRODUCTIONS, LLC, ) </br> ) </br> Defendant. ) </br> ) | Civil Action No.: 1:17-cv-01009-CMH-IDD |

**VIOLENT HUES PRODUCTIONS, LLC'S MOTION *IN LIMINE*
TO EXCLUDE SETTLEMENT EVIDENCE**

Defendant Violent Hues Productions, LLC hereby moves the Court to enter an order precluding Plaintiff from presenting evidence of a prior licensing agreement that was the result of settlement negotiations with a non-party. The grounds and reasons for granting this relief are stated with particularity in the accompanying memorandum in support. A proposed order is submitted herewith.

*I hereby certify that a good faith effort to resolve this motion without court intervention was made, but was unsuccessful.*

Dated: May 18, 2018          Respectfully submitted,

/s/ Paul J. Weeks
Judson D. Brown (*pro hac vice*)
Thomas P. Weir (*pro hac vice*)
Paul J. Weeks (VA Bar No.: 89656)
KIRKLAND & ELLIS LLP
655 Fifteenth Street NW
Washington, D.C. 20005
Telephone: (202) 879-5000

*Counsel for Defendant Violent Hues
Productions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2018, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system, with electronic notification of such filing to all counsel of record.

/s/ Paul J. Weeks
Paul J. Weeks (VA Bar No.: 89656)
KIRKLAND & ELLIS LLP
655 Fifteenth Street NW
Washington, D.C. 20005
Telephone:  (202) 879-5000