# EXHIBIT 2



Russell Brammer <rb@russellbrammer.com>

## Adams Morgan photo
6 messages

**Russell Brammer** <rb@russellbrammer.com>  Fri, Apr 10, 2015 at 9:43 AM
To: kaiko@izumistudios.com

Hi Kaiko,

That would be wonderful, thanks so much for getting in contact with me! Can you give me a little more information about your intended usage? For instance how large will the image be? How many copies of the brochure are you planning on making? Thanks!

I look forward to working with you!

~Russell

Russell Brammer Photography
410-446-3060
RussellBrammer.com|Facebook.com/RussellPhoto
RBPhotobooth.com|Facebook.com/RBPhotoBooth

**Izumi Studios** <kaiko@izumistudios.com>  Mon, Apr 13, 2015 at 12:19 PM
Reply-To: kaiko@izumistudios.com
To: Russell Brammer <rb@russellbrammer.com>

Russell -

Great talking with you.
Please send the PayPal invoice to my email: kaiko@izumistudios.com
I need to get that PDF completed today, so if you could send it over as soon as possible, that would be great!

thanks,
Kaiko



Russell Brammer     April 10, 2015 9:43 AM

[Quoted text hidden]



**KAIKO KASSAB:** President/Creative Director **IZUMI STUDIOS, LLC**
office: 562-912-3313
web: www.izumistudios.com
twitter: @izumistudios
instagram: @izumistudios

**Russell Brammer** <rb@russellbrammer.com>  Mon, Apr 13, 2015 at 12:38 PM
To: kaiko@izumistudios.com

HI Kaiko,

This isn't full resolution but it should be more than enough for what you had in mind, I've also included the invoice for the photo. The license is for the usages we discussed over the phone including a one time use in a real estate brochure with <100 copies.  Please let me know if you have any issues or questions. I'll be at my desk the rest of the day and will respond quickly.



I'll send you an email about the lifestyle shoot we talked about in Bethesda shortly.

Thanks!


~Russell


Russell Brammer Photography
410-446-3060
RussellBrammer.com|Facebook.com/RussellPhoto
RBPhotobooth.com|Facebook.com/RBPhotoBooth

[Quoted text hidden]

 invoice 574 - 2015-04-13 Photo License.pdf
81K

---

**Izumi Studios** <kaiko@izumistudios.com>      Mon, Apr 13, 2015 at 1:01 PM
Reply-To: kaiko@izumistudios.com
To: Russell Brammer <rb@russellbrammer.com>

This is perfect, Russell!
Thanks again for being open to the usage of your photo.

I'll submit payment shortly.

Cheers,
Kaiko

---

 **Russell Brammer**      April 13, 2015 12:38 PM

HI Kaiko,

This isn't full resolution but it should be more than enough for what you had in mind, I've also included the invoice for the photo. The license is for the usages we discussed over the phone including a one time use in a real estate brochure with <100 copies.  Please let me know if you have any issues or questions. I'll be at my desk the rest of the day and will respond quickly.



I'll send you an email about the lifestyle shoot we talked about in Bethesda shortly.

Thanks!

~Russell


Russell Brammer Photography
410-446-3060
RussellBrammer.com|Facebook.com/RussellPhoto
RBPhotobooth.com|Facebook.com/RBPhotoBooth

---

 **Izumi Studios**  April 13, 2015 12:19 PM

Russell -

Great talking with you.
Please send the PayPal invoice to my email: kaiko@izumistudios.com
I need to get that PDF completed today, so if you could send it over as soon as possible, that would be great!

thanks,
Kaiko

---

 **Russell Brammer**  April 10, 2015 9:43 AM

Hi Kaiko,

That would be wonderful, thanks so much for getting in contact with me! Can you give me a little more information about your intended usage? For instance how large will the image be? How many copies of the brochure are you planning on making? Thanks!

I look forward to working with you!

~Russell

Russell Brammer Photography
410-446-3060
RussellBrammer.com|Facebook.com/RussellPhoto
RBPhotobooth.com|Facebook.com/RBPhotoBooth

---



**KAIKO KASSAB**: President/Creative Director  IZUMI STUDIOS, LLC
office: 562-912-3313
web: www.izumistudios.com
twitter: @izumistudios
instagram: @izumistudios

---

**Russell Brammer** <rb@russellbrammer.com>  Tue, Apr 14, 2015 at 10:23 AM
To: kaiko@izumistudios.com

Hi Kaiko,

I'm writing in response to your request about the possibility of doing a lifestyle shoot in Bethesda.

Bethesda has some vibrant shopping and nightlife areas that will work well, but if you had any specific buildings or areas you wanted photographed I could definitely take care of whatever you needed. The price I think comes down to how many images you think you'll need and what kind of shots you want, but I think a half day would work for what you outlined to me. My day rate for commercial work is $1050 and $600 for a half day. For legal reasons I would need to hire models or spend extra time getting model releases if you wanted photos of recognizable people, obviously that would take more time and/or cost more. However, if you wanted wider shots of street scenes, especially long exposures like the Adams Morgan photo we won't have to worry about that.

Please let me know if you have any further information about what you're looking for and of course don't hesitate to ask me any questions you might have. Thanks so much for contacting me, I'm really looking forward to working with you!

~Russell

Russell Brammer Photography
410-446-3060
RussellBrammer.com|Facebook.com/RussellPhoto
RBPhotobooth.com|Facebook.com/RBPhotoBooth

[Quoted text hidden]

---

**Izumi Studios** <kaiko@izumistudios.com>  Tue, Apr 14, 2015 at 10:51 AM
Reply-To: kaiko@izumistudios.com
To: Russell Brammer <rb@russellbrammer.com>

Thanks, Russell.

Here is the PDF page that we used for Adams Morgan.
Perhaps it will give you and idea of what we are looking for in terms of photography.
No recognizable people. Blurry faces and motion are better. Longer exposure tends to give the look and feel we want.

We are using these to establish more of a feeling, than specifics.

I hope that makes sense.
I'll keep this in mind as we move forward with this company.

Cheers,
Kaiko

 **Russell Brammer**  April 14, 2015 10:23 AM

Hi Kaiko,

I'm writing in response to your request about the possibility of doing a lifestyle shoot in Bethesda.

Bethesda has some vibrant shopping and nightlife areas that will work well, but if you had any specific buildings or areas you wanted photographed I could definitely take care of whatever you needed. The price I think comes down to how many images you think you'll need and what kind of shots you want, but I think a half day would work for what you outlined to me. My day rate for commercial work is $1050 and $600 for a half day. For legal reasons I would need to hire models or spend extra time getting model releases if you wanted photos of recognizable people, obviously that would take more time and/or cost more. However, if you wanted wider shots of street scenes, especially long exposures like the Adams Morgan photo we won't have to worry about that.

Please let me know if you have any further information about what you're looking for and of course don't hesitate to ask me any questions you might have. Thanks so much for contacting me, I'm really looking forward to working with you!

~Russell

Russell Brammer Photography
410-446-3060
RussellBrammer.com|Facebook.com/RussellPhoto
RBPhotobooth.com|Facebook.com/RBPhotoBooth

 **Izumi Studios**  April 13, 2015 1:01 PM

[Quoted text hidden]

[Quoted text hidden]



**AdamsMorgan.png**
1045K

# RUSSELL BRAMMER
PHOTOGRAPHY

# INVOICE
Thank you for your business!

**Russell Brammer**
1125 NW Circle BLVD
Corvallis, Oregon 97330
United States

410-446-3060

**BILL TO**
**Bernstein Management Corporation**
Susan Haas
5301 Wisconsin Avenue Northwest
Suite 500
Washington, District of Columbia 20015
United States

202-827-2511
shaas@bmcproperties.com

| | |
|---|---|
| **Invoice Number:** | 27 |
| **Invoice Date:** | April 7, 2016 |
| **Payment Due:** | April 22, 2016 |
| **Amount Due (USD):** | $0.00 |

| Service | Quantity | Price | Amount |
|---|---|---|---|
| **Photography license** <br> Grants Bernstein Management Corporation Non-exclusive limited license described in 'Notes' section below. | 2 | $1,250.00 | $2,500.00 |

| | |
|---|---|
| **Total:** | $2,500.00 |
| Payment on April 30, 2016 using a check: | $2,500.00 |
| **Amount Due (USD):** | $0.00 |

**Notes**

Description / Rights Granted / Usage:

Grants Bernstein Management Corporation Non-exclusive limited license to use photographs "Adams Morgan at Night" and "Adams Morgan at Sunset" for online digital promotion of apartment rentals at The Melwood, and The Sevilla in Washington DC using the websites bmcproperties.com, themelwood.com, and thesevilladc.com and on rental websites including but not limited to rentcafe.com and hotpads.com and similar for the purpose of promoting above properties. Also is granted a license to use one print created before 4/6/2016 of Adams Morgan at Night for decor. License is granted contingent on payment in full as per terms. Copyright remains exclusive property of photographer.

Payment due within 15 days of invoice.

Accepted method of payment: Check mailed to address above

Please make check payable to Russell Brammer.

RB_017_A

**GALLERY**





## Adams Morgan named one of nation's 10 best neighborhoods by the American Planning Association

Vibrant, diverse and artistic, Adams Morgan is abuzz with colorful storefronts, friendly sidewalk cafes, restaurants with diverse cuisine from around the world, intimate coffee shops and some of the District's liveliest nightspots.

Young professionals come for the spicy urban experience…and stay to raise their families.

## Walking Score of 91

The neighborhood, nestled in the middle of a cluster of vibrant communities, offers a wide spectrum of independently-owned stores and services and is still home to one of the city's most diverse populations.

# 1804-1814 ADAMS MILL RD NW
ADAMS MORGAN

PLUGGED INTO YOUR NEIGHBORHOOD



**NRG**
**NEIGHBORHOOD RETAIL GROUP**

RB_017_B

 

Please make checks payable to:

**Russell Brammer**
6158 Clearsmoke ct.
Colubia, MD 21045
410-446-3060
Payments@RussellBrammer.com

Invoice NO.   574
DATE   April 13, 2015
CUSTOMER ID   IZUMI

SOLD TO   Kaiko Kassab
Izumi Studios

(562) 688-3465

| PAYMENT METHOD | | JOB |
|---|---|---|
| Paypal to: | Payments@russellbrammer.com | Adams Morgan at Night License for real estate brochure |

| QTY | ITEM # | DESCRIPTION | UNIT PRICE | DISCOUNT | LINE TOTAL |
|---|---|---|---|---|---|
| **SERVICES:** | | | | | |
| 1 | | Limited commercial license for 1 photograph | $75.00 | | $ 75.00 |
| | | | | | |
| | | | | SUBTOTAL | $ 75.00 |
| | | | | Paid | - |
| | | | | Due | $75 |

THANK YOU FOR YOUR BUSINESS!