# EXHIBIT 3



Russell Brammer <rb@russellbrammer.com>

## copyright
8 messages

**Russell Brammer** <rb@russellbrammer.com>   Mon, Apr 4, 2016 at 1:16 PM
To: shaas@bmcproperties.com

Hi Susan,

As requested here are the infringements that I've found.

http://www.bmcproperties.com/residential/sevilla
http://www.bmcproperties.com/residential/melwood
http://www.rentcafe.com/apartments/dc/washington/the-melwood/default.aspx
http://www.themelwood.com/
http://www.thesevilladc.com/ (both photos)
http://www.rentcafe.com/apartments/dc/washington/the-melwood/default.aspx
Physical print at the melwood (pictured below)


~Russell


Russell Brammer Photography
410-446-3060
RussellBrammer.com - Facebook
RBPhotoBooth.com - Facebook



**Susan Haas** <shaas@bmcproperties.com>   Mon, Apr 4, 2016 at 1:31 PM
To: Russell Brammer <rb@russellbrammer.com>

Thank you for the call Russell, I will begin my investigation immediately and be back in touch tomorrow with an update


Susan W. Haas
Senior Vice President, Residential


**We have moved; please note our new suite number.**

RB_021

5301 Wisconsin Ave., Suite 500 | Washington, DC 20015
Direct: 202-827-2511
Main: 202-363-6301 | Fax: 202-363-6341
shaas@bmcproperties.com | www.bmcproperties.com



 EQUAL HOUSING OPPORTUNITY

"All units shown and made available without respect to race, color, sex, religion, national origin, familial status, handicap or any other legally protected classification"

**From:** Russell Brammer [mailto:rb@russellbrammer.com]
**Sent:** Monday, April 04, 2016 4:16 PM
**To:** Susan Haas <shaas@bmcproperties.com>
**Subject:** copyright

[Quoted text hidden]

---

**Russell Brammer** <rb@russellbrammer.com>     Mon, Apr 4, 2016 at 1:34 PM
To: Susan Haas <shaas@bmcproperties.com>

Thanks Susan,

I accidentally listed the rentcafe listing twice, the second one should be: https://hotpads.com/the-melwood-washington-dc-20009-sm05ea/pad

~Russell

Russell Brammer Photography
410-446-3060
RussellBrammer.com - Facebook
RBPhotoBooth.com - Facebook

[Quoted text hidden]

---

**Susan Haas** <shaas@bmcproperties.com>     Mon, Apr 4, 2016 at 1:36 PM
To: Russell Brammer <rb@russellbrammer.com>

Thanks , will be back in touch

**Susan W. Haas**
Senior Vice President, Residential

RB_021

**We have moved; please note our new suite number.**

5301 Wisconsin Ave., Suite 500 | Washington, DC 20015
Direct: 202-827-2511
Main: 202-363-6301 | Fax: 202-363-6341
shaas@bmcproperties.com | www.bmcproperties.com



 EQUAL HOUSING OPPORTUNITY

"All units shown and made available without respect to race, color, sex, religion, national origin, familial status, handicap or any other legally protected classification"

**From:** Russell Brammer [mailto:rb@russellbrammer.com]
**Sent:** Monday, April 04, 2016 4:35 PM
**To:** Susan Haas <shaas@bmcproperties.com>
**Subject:** Re: copyright

[Quoted text hidden]

---

**Russell Brammer** <rb@russellbrammer.com>   Tue, Apr 5, 2016 at 9:57 AM
To: Susan Haas <shaas@bmcproperties.com>

Hi Susan,

Thanks so much for contacting me this morning and for being very reasonable about this. I understand that these things happen and I appreciate your willingness to work with me to use my work legitimately. I've given this a lot of thought and research. I think it's fair to price the online usage as stock photography, so I've used a few different stock calculators to help me come up with something I think is reasonable based on how the photos are being used.

I understand you would like to use the images in all your various online marketing outlets, so I've broken things down for the various uses I've found. The licenses will be specifically for The Melwood and Sevilla pages on BMCproperties.com, themelwood.com and thesevilladc.com, and in general for the various rental sites you list on like rentcafe and hotpads. If you're currently using the images in ways I haven't identified yet please let me know, I'll give you a 1/2 rate for any other usage you are currently making that you bring to me before I find it online or off. I'd also be more than happy to license or make prints for these or other photos or shoot assignments for use with your properties. I love shooting photos that really give you the feel for a neighborhood, and I'd love to work with you.

The rate I came up with for a 1/4 page online use in a rotating display for 6 months is $200. I'll consider the various rental sites you use (hotpads, rentcafe, others?) as that price x2, that would cover any other similar site you're using as well. That would come to $1200 for the photo taken at night and $200 for the one at sunset since it looks like it's only being used on one website. That covers the online use you've already accrued from my work, if you'd like to continue to use the work for another 6 months you can double it, or for a full year add 25%.

Usage fees broken down for 6 month period:

1/4 page for a rotating display(themelwood.com, thesevilladc.com, The Melwood and Sevilla pages on BMCproperties.com): $200 per image per use
1/4 page for other rental sites like rentcafe or hotpads: $400 total per image

Per image breakdown as I've identified they are being used:

Adams Morgan at Night: $1200 for 6 months, $1500 for a year.
Adams Morgan at Sunset:$200 for 6 months $250 for a year.

For the physical print, I would have charged you $600 for an image in a publicly placed area at about 11x14, which is what I would guess that is.

Totals: $2000 for past usage (including print)
Plus:   $1400 for next 6 months (web)
            Or
        $1750 for the next year (web)

I hope that all makes sense, please feel free to let me know if you have any questions.

If you'd like to continue using my photos I'd be happy to send digital files to your specifications tailored to the usage you have in mind, these will probably look a little better than the ones you have, especially on themelwood.com and thesevilladc.com.

Let me know what you'd like to do and where to send the invoice, I can send that along by tomorrow with the specific licensing terms.

Thanks for your time and attention to this.


~Russell


Russell Brammer Photography
410-446-3060
RussellBrammer.com - Facebook
RBPhotoBooth.com - Facebook

[Quoted text hidden]

---

**Susan Haas** <shaas@bmcproperties.com>                                         Tue, Apr 5, 2016 at 1:12 PM
To: Russell Brammer <rb@russellbrammer.com>


Thank you so much for the email. What we propose is, we will pay you a onetime payment of  $2500.00 to use the 2 images on our web sites as well as the printed image inside the building and no time restriction of use. If this doesn't sounds agreeable we are more than willing to remove the images from our internet listings now that you alerted us, as well as the print.  Again we apologize and hope you accept our counter offer acceptable.



Regards,




**Susan W. Haas**
Senior Vice President, Residential


**We have moved; please note our new suite number.**

5301 Wisconsin Ave., Suite 500 | Washington, DC 20015
Direct: 202-827-2511
Main: 202-363-6301 | Fax: 202-363-6341
shaas@bmcproperties.com | www.bmcproperties.com



 EQUAL HOUSING OPPORTUNITY

"All units shown and made available without respect to race, color, sex, religion, national origin, familial status, handicap or any other legally protected classification"

**From:** Russell Brammer [mailto:rb@russellbrammer.com]
**Sent:** Tuesday, April 05, 2016 12:58 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Russell Brammer** <rb@russellbrammer.com>   Wed, Apr 6, 2016 at 8:31 AM
To: Susan Haas <shaas@bmcproperties.com>

Hi Susan,

That will work for me. I have no problem with you using the photos online, but please don't make any more prints without contacting me. Where would you like me to send the invoice?

-Russell

(Sent from my phone, please excuse any errors)

[Quoted text hidden]

---

**Susan Haas** <shaas@bmcproperties.com>   Wed, Apr 6, 2016 at 11:06 AM
To: Russell Brammer <rb@russellbrammer.com>

That sounds like a very reasonable request. You can email it to me or mail to me at

Bernstein Management Corp.

5301 Wisconsin Ave NW Suite 500

Washington DC 20015

Thanks again

**Susan W. Haas**
Senior Vice President, Residential

**\*\*We have moved; please note our new suite number.\*\***

5301 Wisconsin Ave., Suite 500 | Washington, DC 20015
Direct: 202-827-2511
Main: 202-363-6301 | Fax: 202-363-6341
shaas@bmcproperties.com | www.bmcproperties.com



 EQUAL HOUSING OPPORTUNITY

"All units shown and made available without respect to race, color, sex, religion, national origin, familial status, handicap or any other legally protected classification"

**From:** Russell Brammer [mailto:rb@russellbrammer.com]
**Sent:** Wednesday, April 06, 2016 11:32 AM
**To:** Susan Haas <shaas@bmcproperties.com>
**Subject:** RE: copyright

[Quoted text hidden]