# EXHIBIT 4



# INVOICE
Thank you for your business!

**Russell Brammer**
1125 NW Circle BLVD
Corvallis, Oregon 97330
United States

410-446-3060

BILL TO
**Bernstein Management Corporation**
Susan Haas
5301 Wisconsin Avenue Northwest
Suite 500
Washington, District of Columbia 20015
United States

202-827-2511
shaas@bmcproperties.com

| | |
|---|---|
| **Invoice Number:** | 27 |
| **Invoice Date:** | April 7, 2016 |
| **Payment Due:** | April 22, 2016 |
| **Amount Due (USD):** | $0.00 |

| Service | Quantity | Price | Amount |
|---|---|---|---|
| **Photography license**<br>Grants Bernstein Management Corporation Non-exclusive limited license described in 'Notes' section below. | 2 | $1,250.00 | $2,500.00 |

| | |
|---|---|
| **Total:** | $2,500.00 |
| Payment on April 30, 2016 using a check: | $2,500.00 |
| **Amount Due (USD):** | **$0.00** |

**Notes**

Description / Rights Granted / Usage:

Grants Bernstein Management Corporation Non-exclusive limited license to use photographs "Adams Morgan at Night" and "Adams Morgan at Sunset" for online digital promotion of apartment rentals at The Melwood, and The Sevilla in Washington DC using the websites bmcproperties.com, themelwood.com, and thesevilladc.com and on rental websites including but not limited to rentcafe.com and hotpads.com and similar for the purpose of promoting above properties. Also is granted a license to use one print created before 4/6/2016 of Adams Morgan at Night for decor. License is granted contingent on payment in full as per terms. Copyright remains exclusive property of photographer.

Payment due within 15 days of invoice.

Accepted method of payment: Check mailed to address above

Please make check payable to Russell Brammer.