**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| RUSSELL BRAMMER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 1:17-cv-01009-CMH-IDD |
| | ) |
| VIOLENT HUES PRODUCTIONS, LLC, | ) |
| | ) |
| Defendant. | ) |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Russell Brammer and Defendant Violent Hues Productions, LLC hereby inform the Court that they have agreed to a settlement in principle, subject to a mutually agreeable written settlement agreement. Barring any unforeseen difficulties, the Parties expect to submit a stipulated dismissal of this action in the near future.

In light of this forthcoming dismissal, the Parties respectfully request that the Court:

1. Cancel the motion hearing scheduled for Friday, August 2, 2019 [Doc. No. 83]; and

2. Cancel the trial scheduled for Monday, August 12, 2019 [Doc. No. 81].

Dated: July 31, 2019

Respectfully submitted,

*/s/ Paul J. Weeks*
Judson D. Brown (*pro hac vice*)
Thomas P. Weir (*pro hac vice*)
Paul J. Weeks (VA Bar No.: 89656)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 389-5000

*Counsel for Defendant Violent Hues Productions, LLC*

*/s/ David C. Deal*
David C. Deal (VA Bar No.: 86005)
The Law Office of David C. Deal, P.L.C.
P.O. Box 1042
Crozet, VA 22932
434-233-2727, Telephone
888-965-8083, Facsimile

*Counsel for Plaintiff Russell Brammer*